**Teka HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64403.**

Missouri Court of Appeals,
Western District.

July 12, 2005.

Nancy A. McKerrow, State Public Defender Office, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Asst. Attorney General, joins on the briefs, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., RONALD R. HOLLIGER, and LISA WHITE HARDWICK, JJ.

## Order

PER CURIAM.

Teka Hayes appeals the denial of her Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).